# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   09 CV 2596

Blu Sushi, LLC v. Blu Coral Japanese Restaurant and Lounge, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Blu Coral Japanese Restaurant and Lounge, Inc., Defendant

| | |
|---|---|
| NAME (Type or print) <br> Byung H. Whang | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Byung H. Whang | |
| FIRM     B.H. Whang & Associates, Ltd. | |
| STREET ADDRESS    1111 Plaza Drive, Suite 755 | |
| CITY/STATE/ZIP    Schaumburg IL 60173 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6288702 | TELEPHONE NUMBER   847-517-3696 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL             APPOINTED COUNSEL | |